# CONCURRING AND DISSENTING OPINION

No. 04-11-00422-CR

Joel Julian **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR10190
The Honorable Angus McGinty, Judge Presiding

Opinion by:    Marialyn Barnard, Justice
Concurring and Dissenting Opinion by:  Catherine Stone, Chief Justice

Sitting:        Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  March 1, 2013

I join the majority's opinion in all regards except for the majority's conclusion that Officer Swindells's in-court identification of Castillo should not have been admitted.  I do agree that Officer Swindells's viewing of Castillo's booking photo prior to trial was an impermissibly suggestive pretrial identification of Castillo.  Under the totality of the circumstances, however, Officer Swindells's observation of Castillo at the time of the offense, and his certain identification of Castillo at the booking hearing, militates against a determination that the in-court identification was the result of improper pretrial identification procedures or that there was a substantial likelihood of misidentification.  *See Gamboa v. State*, 296 S.W.3d 574, 581–82 (Tex. Crim. App. 2009) (evidence of witness's other positive identifications removed any possible taint from single impermissibly suggestive pretrial identification).  Accordingly, I

respectfully dissent from the majority's holding on this issue but concur in the remainder of the opinion.

Catherine Stone, Chief Justice

DO NOT PUBLISH